## ESTATE OF C.W.

**Appeal of Lorrie McKINLEY, Esq, Guardian Ad Litem for C.W.**

**No. 2970 Philadelphia 1991.**

Superior Court of Pennsylvania.

Filed April 12, 1994.

## *ORDER*

PER CURIAM.

AND NOW, this 12th day of April 1994, upon consideration of the application for emergency stay pending appeal and the response thereto, the application is GRANTED in accordance with the provisions of Pa. R.A.P. 1702(b).